Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

OHIO PUBLIC EMPLOYEES ET AL. )
                    Plaintiff(s), )
   v. )
MCKESSON CORPORATION )
                  Defendant(s). )

Case No: 13-cv-02000

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, R. Bryant McCulley, an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Ali Abtahi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1919 Oxmoor Road, No. 213<br>Birmingham, AL 35209 | 1012 Torney Avenue<br>San Francisco, CA 94129 |
| MY TELEPHONE # OF RECORD:<br>(205) 238-6757 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 639-9800 |
| MY EMAIL ADDRESS OF RECORD:<br>bmcculley@mcculleymccluer.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>aabtahi@abtahilaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9259-R56M.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/14/13

                                  R. Bryant McCulley
                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of R. Bryant McCulley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 14, 2013

~~UNITED STATES~~ / MAGISTRATE JUDGE

*Judge Maria-Elena James*

PRO HAC VICE APPLICATION & ORDER                                               *October 2012*