Reset Form

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

3  OHIO PUBLIC EMPLOYEES ET AL.  )
4  )  Case No: 13-CV-02000
   )
   Plaintiff(s),  )
5  )  **APPLICATION FOR**
   v.  )  **ADMISSION OF ATTORNEY**
6  )  **PRO HAC VICE**
   MCKESSON CORPORATION  )  (CIVIL LOCAL RULE 11-3)
7  )
   Defendant(s).  )
8  )

9  I, Stuart H. McCluer, an active member in good standing of the bar of Mississippi, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Ali Abtahi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1223 Jackson Avenue East, Suite 200<br>Oxford, MS 38655 | 1012 Torney Avenue<br>San Francisco, CA 94129 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (662) 550-4511 | (415) 639-9800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| smccluer@mcculleymccluer.com | aabtahi@abtahilaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 101366.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/15/13                                    Stuart H. McCluer
                                                   APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Stuart H. McCluer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 15, 2013

~~UNITED STATES DISTRICT~~ / MAGISTRATE JUDGE
Judge Maria-Elena James

PRO HAC VICE APPLICATION & ORDER                                    *October 2012*