| | |
|---|---|
| 1 | ALI ABTAHI (State Bar No. 224688) |
| | aabtahi@abtahilaw.com |
| 2 | IDENE SAAM (State Bar No. 258741) |
| | isaam@abtahilaw.com |
| 3 | **ABTAHI LAW FIRM** |
| | 1012 Torney Avenue |
| 4 | San Francisco, CA 94129 |
| | Tel: (415) 639-9800 |
| 5 | Fax: (415) 639-9801 |
| 6 | [Additional counsel on signature page] |
| 7 | Special Counsel for Plaintiffs |
| 8 | PAUL C. FLUM (State Bar No. 104424) |
| | paulflum@mofo.com |
| 9 | **MORRISON & FOERSTER LLP** |
| | 425 Market Street |
| 10 | San Francisco, CA 94105 |
| | Tel: (415) 268-7335 |
| 11 | Fax: (415) 268-7522 |
| 12 | Counsel for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO BUREAU OF WORKERS' COMPENSATION, and HIGHWAY PATROL RETIREMENT SYSTEM,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION,<br><br>Defendant. | Case No.: 13-CV-02000-SI<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

---

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: 13-CV-02000-SI

Pursuant to Local Rules 6-2 and 7-12, it is hereby stipulated by and between Plaintiffs Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, Ohio Bureau of Workers Compensation, and Highway Patrol Retirement System (collectively "Plaintiffs" or "OPERS") and Defendant McKesson Corporation ("McKesson"), through their respective attorneys, as follows:

The initial case management conference in this matter is currently scheduled for August 2, 2013 at 2:30 p.m. The parties' deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f), to file ADR certifications, and to file either a Stipulation to ADR Process or Notice of Need for ADR Teleconference, is currently set for July 12, 2013. The parties' 26(f) report, initial disclosures, and joint case management statement are currently due on July 25, 2013.

This action was initially assigned to Magistrate Judge Elena E. James, who had set a case management conference for August 1, 2013 at 10:00 a.m. When this case was reassigned to this Court, the case management conference was rescheduled to August 2, 2013 at 2:30 p.m. The deadline to reschedule the initial case management conference is July 23, 2013.

The parties respectfully request that the case management conference be continued to August 9, 2013 at 2:30 p.m. The parties further request that the deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f), to file ADR certifications, and to file either a Stipulation to ADR Process or Notice of Need for ADR Teleconference be continued until 21 days prior to the case management conference, and that deadline for the parties' 26(f) report, initial disclosures, and joint case management statement be continued until seven days prior to the conference.

//
//
//
//

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: 13-CV-02000-SI

1

Good cause exists for this request, because many of Plaintiffs' counsel will already be in San Francisco on August 9, 2013 for an ABA Convention. As lead Plaintiffs' counsel is located outside of California, granting this joint stipulation will conserve costs by avoiding the need for duplicitous travel costs to San Francisco.

Dated: June 19, 2013  **MICHAEL DEWINE**
**OHIO ATTORNEY GENERAL**


By: /s/ Ali Abtahi
Ali Abtahi (State Bar No. 224688)
Idene Saam (State Bar No. 258741)
ABTAHI LAW FIRM
1012 Torney Avenue
San Francisco, CA 94129
Tel: (415) 639-9800
Fax: (415) 639-9801
aabtahi@abtahilaw.com
isaam@abtahilaw.com

James L. Ward, Jr. (*Pro Hac Vice*)
Robert S. Wood (*Pro Hac Vice*)
RICHARDSON PATRICK WESTBROOK &
BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC  29465
Tel: (843) 727-6500
Fax: (843) 216-6509
jward@rpwb.com
bwood@rpwb.com

R. Bryant McCulley (*Pro Hac Vice*)
McCULLEY McCLUER PLLC
1919 Oxmoor Road, No. 213
Birmingham, AL 35209
Tel: (205) 238-6757
Fax: (904) 239-5388
bmculley@mcculleymccluer.com

Stuart H. McCluer (*Pro Hac Vice*)
McCULLEY McCLUER PLLC

1223 Jackson Avenue East, Suite 200
Oxford, MS  38655
Tel:  (662) 236-1401
Fax:  (662) 368-1506
smccluer@mcculleymccluer.com

Jack T. Diamond (*Pro Hac Vice*)
Donald W. Davis, Jr. (*Pro Hac Vice*)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, Ohio 44308
Tel:  (330) 253-5060
Fax:  (330) 253-1977
jtdiamond@bmdllc.com
dwdavis@bmdllc.com

*Special Counsel for Plaintiffs*

Dated:  June 19, 2013                MORRISON & FOERSTER


By: /s/ Paul Flum

Paul C. Flum (State Bar No. 104424)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Tel: (415) 268-7335
Fax: (415) 268-7522
paulflum@mofo.com

*Counsel for Defendant*


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/21/13                  _____
The Honorable Susan Illston
United States District Judge

---

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: 13-CV-02000-SI

3

## GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court is so ordered or for inspection upon request by a party.

Dated:  June 19, 2013                **ABTAHI LAW FIRM**

By: /s/ Ali Abtahi
Ali Abtahi
*Special Counsel for Plaintiffs*