UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OHIO PUBLIC EMPLOYEES RETIREMENT
SYSTEM, STATE TEACHERS RETIREMENT
SYSTEM OF OHIO, OHIO BUREAU OF
WORKERS' COMPENSATION, AND
HIGHWAY PATROL, RETIREMENT SYSTEM,

Plaintiff(s),

v.

McKESSON CORPORATION,

Defendant(s).

CASE NO. C 13-02000 SI

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR
PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*)
Mediation with Judge Infante or other JAMS neutral to be agreed upon by the parties.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☒ other requested deadline
The parties currently expect the case will be ready for mediation in early 2014.


Dated:  July 19, 2013                    By:  /s/  *R. Bryant McCulley*
                                              R. Bryant McCulley
                                              Attorney for Plaintiffs



Dated:  July 19, 2013                    By:  /s/  *Paul Flum*
                                              Paul Flum
                                              Attorney for Defendant
                                              McKesson Corporation




**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated:    7/23/13          _____
                                              Honorable Susan Illston
                                              UNITED STATES DISTRICT COURT JUDGE