IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES ET AL,<br><br>        Plaintiff,<br><br>  v.<br><br>MCKESSON CORP.,<br><br>        Defendant.<br>_____/ | No. C 13-02000 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 22, 2013  at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 25, 2014 .

DESIGNATION OF EXPERTS: August 1, 2014; REBUTTAL: September 5, 2014.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 26, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by October 3, 2014;

    Opp. Due October 17, 2014;  Reply Due October 24, 2014;

    and set for hearing no later than  November 7, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 16, 2014 at 3:30 PM.

JURY TRIAL DATE: January 19, 2015  at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall inform the Court of the private mediator selected and have agreed to complete the mediation session in February 2014.
Defendant shall submit it's document request by August 23, 2013 and plaintiff shall produce the documents by April 30, 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/13/13

                                                      SUSAN ILLSTON
                                                    United States District Judge