1  ALI ABTAHI (State Bar No. 224688)
   aabtahi@abtahilaw.com
2  IDENE SAAM (State Bar No. 258741)
   isaam@abtahilaw.com
3  **ABTAHI LAW FIRM**
   1012 Torney Avenue
4  San Francisco, CA  94129
   Tel: (415) 639-9800
5  Fax: (415) 639-9801

6  [Additional counsel on signature page]

7  Special Counsel for Plaintiffs

8  PAUL C. FLUM (State Bar No. 104424)
   paulflum@mofo.com
9  **MORRISON & FOERSTER LLP**
   425 Market Street
10 San Francisco, CA  94105
   Tel: (415) 268-7335
11 Fax: (415) 268-7522

12 Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO BUREAU OF WORKERS' COMPENSATION, and HIGHWAY PATROL RETIREMENT SYSTEM,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 13-CV-02000-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
|---|---|---|

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: 13-CV-02000-SI

Pursuant to Local Rules 6-2 and 7-12, it is hereby stipulated by and between Plaintiffs Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Ohio Bureau of Workers Compensation (collectively "Plaintiffs") and Defendant McKesson Corporation ("McKesson"), through their respective attorneys, as follows:

A case management conference in this matter is currently scheduled for November 22, 2013 at 3:00 p.m. Since the last case management conference on August 9, 2013, Plaintiffs have produced 8311 pages of documents in addition to transactional level claims data. Plaintiffs are currently reviewing tens of thousands of potentially responsive documents and will continue to produce documents on a rolling basis. The parties are working cooperatively on all document and data production issues, and the Ohio Plans anticipate finishing their production by the deadline set by the Court.

The parties have discussed certain transactional level claims data issues that must be resolved before damage estimates can be prepared. The Ohio Plans are working diligently to resolve these issues. Once they are resolved, the Ohio Plans will provide preliminary damage estimates to McKesson, and the parties will engage in private settlement discussions. If those discussions are unsuccessful, the parties will mediate with the Honorable Judge Edward A. Infante (retired) in February 2014.

In light of the foregoing, the parties respectfully stipulate and request that the November 22, 2013 status conference be rescheduled to a date in January 2014.

Good cause exists for this request, because the case is proceeding consistent with scheduling order, and there are no issues on which the parties need the Court's intervention.

IT IS SO STIPULATED.

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: 13-CV-02000-SI

1

| | | |
|---|---|---|
|1| Dated:  November 11, 2013 | **MICHAEL DEWINE** |
|2| | **OHIO ATTORNEY GENERAL** |

Dated:  November 11, 2013  **MICHAEL DEWINE**
**OHIO ATTORNEY GENERAL**

By: /s/ Ali Abtahi
Ali Abtahi (State Bar No. 224688)
Idene Saam (State Bar No. 258741)
ABTAHI LAW FIRM
1012 Torney Avenue
San Francisco, CA 94129
Tel:  (415) 639-9800
Fax:  (415) 639-9801
aabtahi@abtahilaw.com
isaam@abtahilaw.com

James L. Ward, Jr. (*Pro Hac Vice*)
Robert S. Wood (*Pro Hac Vice*)
RICHARDSON PATRICK WESTBROOK &
BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC  29465
Tel:  (843) 727-6500
Fax:  (843) 216-6509
jward@rpwb.com
bwood@rpwb.com

R. Bryant McCulley (*Pro Hac Vice*)
McCULLEY McCLUER PLLC
1919 Oxmoor Road, No. 213
Birmingham, AL 35209
Tel:  (205) 238-6757
Fax:  (904) 239-5388
bmculley@mcculleymccluer.com

Stuart H. McCluer (*Pro Hac Vice*)
McCULLEY McCLUER PLLC
1223 Jackson Avenue East, Suite 200
Oxford, MS  38655
Tel:  (662) 236-1401
Fax:  (662) 368-1506
smccluer@mcculleymccluer.com

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: 13-CV-02000-SI

2

1
2
3
4
5
6
                        Jack T. Diamond (*Pro Hac Vice*)
                        Donald W. Davis, Jr. (*Pro Hac Vice*)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, Ohio 44308
Tel:  (330) 253-5060
Fax:  (330) 253-1977
jtdiamond@bmdllc.com
dwdavis@bmdllc.com

*Special Counsel for Plaintiffs*

7
8
Dated:  November 11, 2013        MORRISON & FOERSTER

9
10
11
By: /s/ Paul Flum

12
13
14
15
16
17
Melvin R. Goldman (State Bar No. 340970)
James P. Bennett (State Bar No. 651790)
PaulFlum (State Bar No. 104424)
Ryan G. Hassanein (State Bar No. 221146)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Tel: (415) 268-7335
Fax: (415) 268-7522
paulflum@mofo.com

18
*Counsel for Defendant*

19
20
21
22
PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for November 22, 2013 is continued to ~~January~~ Feb 7, 2014 at 3 p.m..

23
24
25
Dated: 11/12/13                      /s/ Susan Illston
                                          The Honorable Susan Illston
                                          United States District Judge

26
27
28

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: 13-CV-02000-SI

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court is so ordered or for inspection upon request by a party.

Dated:  November 11, 2013	**ABTAHI LAW FIRM**

By: /s/ Ali Abtahi
Ali Abtahi
*Special Counsel for Plaintiffs*