1  ALI ABTAHI (State Bar No. 224688)
    aabtahi@abtahilaw.com
2  IDENE SAAM (State Bar No. 258741)
    isaam@abtahilaw.com
3  **ABTAHI LAW FIRM**
   1012 Torney Avenue
4  San Francisco, CA  94129
   Tel: (415) 639-9800
5  Fax: (415) 639-9801

6  [Additional counsel on signature page]

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  OHIO PUBLIC EMPLOYEES                    ) Case No.: 13-CV-02000-SI
    RETIREMENT SYSTEM, STATE                 )
11  TEACHERS RETIREMENT SYSTEM OF            ) **JOINT STIPULATION AND**
    OHIO, and OHIO BUREAU OF WORKERS'        ) **[PROPOSED] ORDER TO CONTINUE**
12  COMPENSATION,                            ) **CASE MANAGEMENT CONFERENCE**
                                             )
13         Plaintiffs,                       )
                                             )
14         vs.                               )
                                             )
15  MCKESSON CORPORATION,                    )
                                             )
16         Defendant.                        )
                                             )
17                                           )
                                             )
18

19

20

21

22

23

24

25

26

27

28

1

**STIPULATION**

2    Pursuant to Local Rules 6-2 and 7-12, it is hereby stipulated by and between Plaintiffs

3    Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and

4    Ohio Bureau of Workers Compensation (collectively "Plaintiffs") and Defendant McKesson

5    Corporation ("McKesson"), through their respective attorneys, as follows:

6    A case management conference in this matter is currently scheduled for February 7, 2014

7    at 3:00 p.m.  Since the last case management conference on August 9, 2013, Plaintiffs have

8    produced transactional level claims data and documents, and have provided preliminary damages

9    estimates to McKesson.  Beginning in December 2013, and continuing through last week, the

10   parties have engaged in private settlement discussions, which have resulted in an agreement in

11   principle to settle plaintiffs' claims in this action.  The agreement is subject to approval by two of

12   the Plaintiffs' governing boards, which are scheduled to meet on February 18-19 and February

13   20-21, 2014, respectively, to review the proposed settlement.

14   In light of the foregoing, the parties respectfully request that the February 7, 2014 Case

15   Management Conference be rescheduled to a date in March 2014.

16   Good cause exists for this request, and there are no issues on which the parties currently

17   need the Court's intervention.

18   IT IS SO STIPULATED.

19

20   DATED:  January 31, 2014          **MICHAEL DEWINE**
                                       **OHIO ATTORNEY GENERAL**

21

22                                     By: /s/ Ali Abtahi

23                                     Ali Abtahi (State Bar No. 224688)
                                       Idene Saam (State Bar No. 258741)
                                       ABTAHI LAW FIRM
24                                     1012 Torney Avenue
                                       San Francisco, CA 94129
25                                     Tel:  (415) 639-9800
                                       Fax:  (415) 639-9801
26                                     aabtahi@abtahilaw.com
                                       isaam@abtahilaw.com

27

28

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT STATEMENT
CASE NO.: 13-CV-02000-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James L. Ward, Jr. (*Pro Hac Vice*)
Robert S. Wood (*Pro Hac Vice*)
RICHARDSON PATRICK WESTBROOK &
BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC  29465
Tel:  (843) 727-6500
Fax:  (843) 216-6509
jward@rpwb.com
bwood@rpwb.com

R. Bryant McCulley (*Pro Hac Vice*)
McCULLEY McCLUER PLLC
1919 Oxmoor Road, No. 213
Birmingham, AL 35209
Tel:  (205) 238-6757
Fax:  (904) 239-5388
bmculley@mcculleymccluer.com

Stuart H. McCluer (*Pro Hac Vice*)
McCULLEY McCLUER PLLC
1223 Jackson Avenue East, Suite 200
Oxford, MS  38655
Tel:  (662) 236-1401
Fax:  (662) 368-1506
smccluer@mcculleymccluer.com

Jack T. Diamond (*Pro Hac Vice*)
Donald W. Davis, Jr. (*Pro Hac Vice*)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, Ohio 44308
Tel:  (330) 253-5060
Fax:  (330) 253-1977
jtdiamond@bmdllc.com
dwdavis@bmdllc.com

Counsel for Plaintiffs

Dated:  January 31, 2014          **MORRISON & FOERSTER LLP**
MELVIN R. GOLDMAN
JAMES P. BENNETT
PAUL FLUM
RYAN G. HASSANEIN

425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

By: /s/ Paul Flum
          Paul Flum

Attorneys for Defendant
McKESSON CORPORATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case

Management Conference currently scheduled for February 7, 2014 is continued to March 21,

2014 at 3 p.m.

Dated: 1/31/14 _____    _____

The Honorable Susan Illston
United States District Judge

1

## **LOCAL RULE 5-1(i)(3) ATTESTATION**

2          In accordance with Local Rule 5-1(i)(3), concurrence in the filing of this document has

3    been obtained from each of the signatories.  I shall maintain records to support this concurrence

4    for subsequent production if so ordered by this Court or requested by a party.

5

6    DATED: January 31, 2014                    **ABTAHI LAW FIRM**

7

8                                      By:   */s/ Ali Abtahi*
                                           Ali Abtahi
9                                          Counsel for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28