1    ALI ABTAHI (State Bar No. 224688)
      aabtahi@abtahilaw.com
2    IDENE SAAM (State Bar No. 258741)
      isaam@abtahilaw.com
3    **ABTAHI LAW FIRM**
      1012 Torney Avenue
4    San Francisco, CA  94129
      Tel: (415) 639-9800
5    Fax: (415) 639-9801

6    [Additional counsel on signature page]

7    Special Counsel for Plaintiffs

8    PAUL C. FLUM (State Bar No. 104424)
      paulflum@mofo.com
9    **MORRISON & FOERSTER LLP**
      425 Market Street
10   San Francisco, CA  94105
      Tel: (415) 268-7335
11   Fax: (415) 268-7522

12   Counsel for Defendant

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Susan Illston]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO BUREAU OF WORKERS' COMPENSATION, and HIGHWAY PATROL RETIREMENT SYSTEM,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MCKESSON CORPORATION,<br><br>    Defendant. | Case No.: 13-CV-02000-SI<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL
CASE NO.: 13-CV-02000-SI

# STIPULATION OF DISMISSAL

Please take notice that pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiffs Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Ohio Bureau of Workers Compensation (collectively "Plaintiffs") and Defendant McKesson Corporation hereby stipulate to the dismissal of Plaintiffs' claims in this action with prejudice, and with each party to bear its own costs.


Dated:  March 11, 2014             **MICHAEL DEWINE**
                                   **OHIO ATTORNEY GENERAL**


                                   By: /s/ Ali Abtahi
                                   Ali Abtahi (State Bar No. 224688)
                                   Idene Saam (State Bar No. 258741)
                                   ABTAHI LAW FIRM
                                   1012 Torney Avenue
                                   San Francisco, CA 94129
                                   Tel:  (415) 639-9800
                                   Fax:  (415) 639-9801
                                   aabtahi@abtahilaw.com
                                   isaam@abtahilaw.com

                                   James L. Ward, Jr. (*Pro Hac Vice*)
                                   Robert S. Wood (*Pro Hac Vice*)
                                   RICHARDSON PATRICK WESTBROOK &
                                   BRICKMAN, LLC
                                   P.O. Box 1007
                                   Mt. Pleasant, SC  29465
                                   Tel:  (843) 727-6500
                                   Fax:  (843) 216-6509
                                   jward@rpwb.com
                                   bwood@rpwb.com

                                   R. Bryant McCulley (*Pro Hac Vice*)
                                   McCULLEY McCLUER PLLC
                                   1919 Oxmoor Road, No. 213
                                   Birmingham, AL 35209
                                   Tel:  (205) 238-6757
                                   Fax:  (904) 239-5388
                                   bmculley@mcculleymccluer.com

STIPULATION OF DISMISSAL
CASE NO.: 13-CV-02000-SI

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | Stuart H. McCluer (*Pro Hac Vice*) |
|   |   | McCULLEY McCLUER PLLC |
| 3 |   | 1223 Jackson Avenue East, Suite 200 |
|   |   | Oxford, MS  38655 |
| 4 |   | Tel:  (662) 236-1401 |
| 5 |   | Fax:  (662) 368-1506 |
|   |   | smccluer@mcculleymccluer.com |
| 6 |   |   |
| 7 |   | Jack T. Diamond (*Pro Hac Vice*) |
|   |   | Donald W. Davis, Jr. (*Pro Hac Vice*) |
| 8 |   | BRENNAN, MANNA & DIAMOND, LLC |
|   |   | 75 East Market Street |
| 9 |   | Akron, Ohio 44308 |
| 10 |   | Tel:  (330) 253-5060 |
|   |   | Fax:  (330) 253-1977 |
| 11 |   | jtdiamond@bmdllc.com |
|   |   | dwdavis@bmdllc.com |
| 12 |   |   |
| 13 |   | *Special Counsel for Plaintiffs* |
| 14 | Dated:  March 11, 2014 | MORRISON & FOERSTER |
| 15 |   |   |
| 16 |   | By: /s/ Paul Flum |
| 17 |   | Melvin R. Goldman (State Bar No. 340970) |
| 18 |   | James P. Bennett (State Bar No. 651790) |
|   |   | PaulFlum (State Bar No. 104424) |
| 19 |   | Ryan G. Hassanein (State Bar No. 221146) |
|   |   | MORRISON & FOERSTER LLP |
| 20 |   | 425 Market Street |
| 21 |   | San Francisco, CA  94105 |
|   |   | Tel: (415) 268-7335 |
| 22 |   | Fax: (415) 268-7522 |
| 23 |   | paulflum@mofo.com |
| 24 |   | *Counsel for Defendant* |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

STIPULATION OF DISMISSAL
CASE NO.: 13-CV-02000-SI

## LOCAL RULE 5-1(i)(3) ATTESTATION

In accordance with Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the signatories. I shall maintain records to support this concurrence for subsequent production if so ordered by this Court or requested by a party.

DATED: March 11, 2014            **ABTAHI LAW FIRM**

                                 By:  */s/ Ali Abtahi*
                                      Ali Abtahi
                                      Counsel for Plaintiff